**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>  v.<br><br>ZORAM SEPULVEDA,<br>[DOB: 12/21/1988]<br><br>                   Defendant. | Case No.: _____<br>**COUNT ONE:**<br>*Drug User in Possession of a Firearm and Ammunition*<br>18 U.S.C. §§ 922(g)(3) and 924(a)(2)<br>NMT: 10 Years Imprisonment<br>NMT: $250,000 Fine<br>NMT: 3 Years Supervised Release<br>$100 Mandatory Assessment<br>Class C Felony<br><br>**COUNT TWO:**<br>*Possession of a Machine Gun*<br>18 U.S.C. §§ 922(o) and 924(a)(2)<br>NMT: 10 Years Imprisonment<br>NMT: $250,000 Fine<br>NMT: 3 Years Supervised Release<br>$100 Mandatory Assessment<br>Class C Felony<br><br>**COUNT THREE:**<br>*Possession of a Controlled Substance*<br>21 U.S.C. § 844(a)<br>NMT: 1 Year Imprisonment<br>NLT: $1,000 Fine<br>NMT: 1 Year Supervised Release<br>$25 Mandatory Assessment<br>Class A Misdemeanor |

## **I N D I C T M E N T**

THE GRAND JURY CHARGES THAT:

### **COUNT ONE**

On or about June 28, 2019, in the Western District of Missouri, defendant Zoram Sepulveda, then being an unlawful user of a controlled susbance as defined in 21 U.S.C. § 802, and then knowing he was an unlawful user of a controlled substance, knowingly possessed, in and

affecting interstate commerce, firearms and ammunition, to wit: an unknown make and model revolver; a Glock 23, .40 caliber automatic pistol, Serial Number LBA626, loaded with 12 rounds of TulAmmo .40 caliber ammunition; and an extended Glock magazine containing 16 rounds of Federal and 1 round of TulAmmo .40 caliber ammunition, all in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2)

## COUNT TWO

On or about June 28, 2019, in the Western District of Missouri, defendant Zoram Sepulveda knowingly possessed a machine gun, that is, a Glock 23, .40 caliber automatic pistol, bearing Serial Number LBA626, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT THREE

On or about June 28, 2019, in the Western District of Missouri, defendant Zoram Sepulveda, knowingly and intentionally possessed a quantity of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Section 844(a).

A TRUE BILL.

7/16/19
DATE

*/s/ Harry Dixon*
FOREPERSON OF THE GRAND JURY

*/s/ Robert M. Smith*
Robert M. Smith
Special Assistant United States Attorney
Violent Crime & Drug Trafficking Unit
Western District of Missouri